# MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/12/2023

------------------------------------------------------------- X
RYAN O'DELL,                                                  :
                                                              :
                                  Plaintiff,                  :
                  -against-                                   :
                                                              :
ARCONIC CORPORATION, FREDERICK A.                             :     23-CV-4971 (VEC)
HENDERSON, WILLIAM F. AUSTEN,                                 :
CHRISTOPHER L. AYERS, MARGARET S.                             :
BILLSON, JACQUES CROISETIERE, ELMER L.                        :
DOTY, CAROL S. EICHER, ELLIS A. JONES,                        :
TIMOTHY D. MYERS, E. STANLEY O'NEAL,                          :
and JEFFREY STAFEIL,                                          :
                                                              :
                                  Defendants.                 :
------------------------------------------------------------- X

------------------------------------------------------------- X
ELAINE WANG,                                                  :
                                                              :
                                  Plaintiff,                  :
                  -against-                                   :
                                                              :
ARCONIC CORPORATION, FREDERICK A.                             :     23-CV-5091 (VEC)
HENDERSON, WILLIAM F. AUSTEN,                                 :
CHRISTOPHER L. AYERS, MARGARET S.                             :
BILLSON, JACQUES CROISETIERE, ELMER L.                        :
DOTY, CAROL S. EICHER, ELLIS A. JONES,                        :
TIMOTHY D. MYERS, E. STANLEY O'NEAL,                          :
and JEFFREY STAFEIL,                                          :
                                                              :
                                  Defendants.                 :
------------------------------------------------------------- X

(Captions continued on following page)

```
---------------------------------------------------------------X
STEPHEN BUSHANKY,                                              :
                                                               :
                                        Plaintiff,             :
                -against-                                      :          23-CV-5167 (VEC)
                                                               :
ARCONIC CORPORATION, WILLIAM F.                                :
AUSTEN, CHRISTOPHER L. AYERS,                                  :
MARGARET S. BILLSON, JACQUES                                   :
CROISETIERE, ELMER L. DOTY, CAROL S.                           :
EICHER, FREDERICK A. HENDERSON, ELLIS                          :
A. JONES, TIMOTHY D. MYERS, E. STANLEY                         :
O'NEAL, and JEFFREY STAFEIL,                                   :
                                                               :
                                        Defendants.            :
---------------------------------------------------------------X


---------------------------------------------------------------X
ROBERT WILLIAMS,                                               :
                                                               :
                                        Plaintiff,             :
                -against-                                      :          23-CV-5235 (VEC)
                                                               :
ARCONIC CORPORATION, FREDERICK A.                              :
HENDERSON, WILLIAM F. AUSTEN,                                  :
CHRISTOPHER L. AYERS, MARGARET S.                              :
BILLSON, JACQUES CROISETIERE, ELMER L.                         :
DOTY, CAROL S. EICHER, ELLIS A. JONES,                         :
TIMOTHY D. MYERS, E. STANLEY O'NEAL,                           :
and JEFFREY STAFEIL,                                           :
                                                               :
                                        Defendants.            :
---------------------------------------------------------------X
```

(Captions continued on following page)

```
------------------------------------------------------------X
ZAHAVA ROSENFELD,                                           :
                                                            :
                                Plaintiff,                  :
                -against-                                   :
                                                            :    23-CV-5313 (VEC)
                                                            :
ARCONIC CORPORATION, WILLIAM F.                             :
AUSTEN, CHRISTOPHER L. AYERS,                               :
MARGARET S. BILLSON, JACQUES                                :
CROISETIERE, ELMER L. DOTY, CAROL S.                        :
EICHER, FREDERICK A. HENDERSON, ELLIS                       :
A. JONES, TIMOTHY D. MYERS, E. STANLEY                      :
O'NEAL, and JEFFREY STAFEIL,                                :
                                                            :
                                Defendants.                 :
------------------------------------------------------------X


------------------------------------------------------------X
THOMAS A. LASKARIS,                                         :
                                                            :
                                Plaintiff,                  :
                -against-                                   :
                                                            :    23-CV-5461 (VEC)
                                                            :
ARCONIC CORPORATION, WILLIAM F.                             :
AUSTEN, CHRISTOPHER L. AYERS,                               :
MARGARET S. BILLSON, JACQUES                                :
CROISETIERE, ELMER L. DOTY, CAROL S.                        :
EICHER, FREDERICK A. HENDERSON, ELLIS                       :
A. JONES, TIMOTHY D. MYERS, E. STANLEY                      :
O'NEAL, and JEFFREY STAFEIL,                                :
                                                            :
                                                            :
                                Defendants.                 :
------------------------------------------------------------X
```

## JOINT RESPONSE TO ORDER TO SHOW CAUSE

1.    Plaintiffs' counsel in the above-captioned actions ("Plaintiffs' Counsel") respectfully submit this Joint Response to the Court's July 7, 2023 Order to Show Cause directing

1

the parties to show cause why "these two cases should not be consolidated pursuant to Federal Rule of Civil Procedure 42," preferably by joint response.

2. Plaintiffs' Counsel have conferred and do not oppose consolidation.

3. Plaintiffs' Counsel have also conferred with counsel for Defendants, and Defendants do not oppose consolidation.

Date: July 12, 2023

The Clerk of Court is respectfully directed to consolidate the cases numbered 23-cv-4971, 23-cv-5091, 23-cv-5167, 23-cv-5235, 23-cv-5313, and 23-cv-5461, and to designate 23-cv-4971 as the lead case. All further submissions in this now-consolidated case must be filed under docket number 23-cv-4971.

SO ORDERED.

*[signature: Valerie Caproni]* 07/12/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

/s/ *Benjamin Y. Kaufman*
Benjamin Y. Kaufman
Rourke C. Donahue
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4620
Fax: (212) 686-0114
Emails: kaufman@whafh.com
donahue@whafh.com

*Attorneys for Plaintiff
Elaine Wang (1:23-cv-05091-VEC)*


/s/ *Gloria Kui Melwani*
Gloria Kui Melwani
Melwani & Chan LLP
1180 Avenue of the Americas
8th Floor
New York, NY 10036
Telephone: 212-382-4620
Email: gloria@melwanichan.com

*Attorney for Plaintiff Ryan O'Dell
(1:23-cv-04971-VEC)*


/s/ *Michael Allen Rogovin*
Michael Allen Rogovin
Weiss Law
476 Hardendorf Ave., NE

2

Atlanta, GA 30307
Telephone: 404-692-7910
Fax: 212-682-3010
Email: mrogovin@weisslawllp.com

*Attorney for Plaintiff Stephen Bushansky (1:23-cv-05167-VEC)*


/s/ *Richard Adam Acocelli, Jr*
Richard Adam Acocelli, Jr
Acocelli Law, PLLC
33 Flying Point Road
Ste 131
Southampton, NY 11968
Telephone: 631-204-6187
Email: racocelli@acocellilaw.com

*Attorney for Plaintiff Robert Williams (1:23-cv-05235-VEC)*


/s/ *Michael Allen Rogovin*
Michael Allen Rogovin
Weiss Law
476 Hardendorf Ave., NE
Atlanta, GA 30307
Telephone: 404-692-7910
Fax: 212-682-3010
Email: mrogovin@weisslawllp.com


*Attorney for Plaintiff Zahava Rosenfeld (1:23-cv-05313-VEC)*


/s/   *Howard Theodore Longman*
Howard Theodore Longman
Longman Law, P. C.
521 Fifth Avenue
Ste 17th Floor
New York, NY 10175
Telephone: 973-994-2315
Fax: 973-994-2319
Email: hlongman@longman.law

3

*Attorney for Plaintiff Thomas A.
Laskaris (1:23-cv-05461-VEC)*

4